UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSICA NIESEN

    Plaintiff,

v

MICHAEL FORT

    Defendants.

Case No. 1:21-389

HON. PAUL M. MALONEY

_____

| | |
|---|---|
| Robert M. Giroux (P47966) | Allan C. Vander Laan (P33893) |
| Heather Glazer (P54952) | Kristen L. Rewa (P73403) |
| Giroux Trial Attorneys PC | Cummings, McClorey, Davis & Acho |
| Attorneys for Plaintiff | Attorneys for Defendant Fort |
| 285588 Northwestern Highway, Ste 100 | 2851 Charlevoix Dr., S.E. - Suite 327 |
| Southfield, MI 48034 | Grand Rapids MI  49546 |
| (248) 531-8665 | (616) 975-7470 |
| rgiroux@greatmiattorneys.com | avanderlaan@cmda-law.com |
| hglazer@greatmiattorneys.com | krewa@cmda-law.com |

_____

## **STIPULATION AND ORDER TO EXTEND EXPERT REPORT DATES**

The parties hereto by their respective counsel who hereby stipulate to extend the dates for expert report dates for the following reasons:

1. Discovery closes February 8, 2022. [Case Management Order, ECF No.12, PageID.44].

2. Parties are seeking this extension to allow for additional time to obtain Plaintiff's psychological records under subpoena. The parties recently submitted a stipulated protective order to facilitate the same. [ECF No. 21, PageID.64].

01461513-1

3. The parties stipulate and agree that moving the expert report due dates to thirty days before the close of discovery is in the interest of justice.

4. This is the first request for modification of the case management order.

Date: November 9, 2021    /s/ *Heather Glazer* with permission
　　　　　　　　　　　　　　Heather Glazer (P54952)
　　　　　　　　　　　　　　Robert Giroux (P47966)
　　　　　　　　　　　　　　Attorneys for Plaintiff

Date: November 9, 2021    /s/ *Kristen Rewa*
　　　　　　　　　　　　　　Allan Vander Laan (P33893)
　　　　　　　　　　　　　　Kristen Rewa (P73403)
　　　　　　　　　　　　　　Attorneys for Defendant

## ORDER

**IT IS HEREBY ORDERED** for the reasons set forth above that the dates for expert report dates shall be extended as follows:

All Expert Reports to be due by January 7, 2022; and

All Rebuttal Reports to be due by January 21, 2022.

**IT IS SO ORDERED**

November 9, 2021

　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　District Court Judge

01461513-1